ORDERED UNSEALED on 03/09/2026 __s/

**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANTONIO HURTADO,<br><br>                    Defendant. | Case No.: 26-mj-795-MSB<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about December 15, 2025, within the Southern District of California, defendant ANTONIO HURTADO knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

JAMES GILLIS
SPECIAL AGENT, DEA

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 17th day of February 2026.

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On December 15, 2025, at approximately 4:50 p.m., Officers with the San Diego Police Department were patrolling the area near the intersection of National Avenue and 29th Street, which is within the Southern District of California. The Officers then observed a male they know from prior police contacts to be Antonio HURTADO and HURTADO was carrying a red duffle bag. The patrolling officer also knew HURTADO to have an outstanding arrest warrant out of Kern County.

Police exited their patrol vehicle, approached HURTADO, asked HURTADO to speak with them, and told HURTADO not to run. HURTADO immediately ran from the Officers while holding the red duffle bag. Officers chased HURTADO around a building, through an alley, and onto another street where he was tackled and detained by other responding Officers. HURTADO dropped the red duffle bag when he was tackled.

The red duffle bag had the name "ANTONIO" written on the outside. Inside the duffle bag was, among other items, a loaded privately-made firearm (commonly referred to as a ghost gun) loaded with approximately nine rounds of 9mm ammunition.

Records checks on HURTADO revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 07/30/2018 | CASC – San Diego | Cal. P.C. §245(a)(4)—Assault (Felony) | 6 Years Jail |

The ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the

defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.