UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ANTONIO HURTADO,<br><br>                    Defendant. | Case No. **26CR1129-RSH**<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(8) - Felon in Possession of Firearm and Ammunition; Title 18, U.S.C., Sec. 924(d)(1), and  Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The United States Attorney charges:

COUNT ONE

On or about December 15, 2025, within the Southern District of California, defendant ANTONIO HURTADO, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition that traveled in and affected interstate commerce, to wit: one privately manufactured firearm with no serial number and ammunition; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATIONS

Upon conviction of one and more of the offenses alleged in this Information, defendant ANTONIO HURTADO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and

ammunition involved in the commission of the offenses. The firearms and ammunition to be forfeited include but are not limited to the following:

1. one privately manufactured firearm with no serial number; and

2. nine rounds of 9mm ammunition.

If any of the above-described forfeited property, as a result of any act or omission of Defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of Defendant up to the value of the property described above subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED:  April 7, 2026.

ADAM GORDON
United States Attorney

*Jill Streja*

JILL S. STREJA
Assistant U.S. Attorney